IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**SCHNEIDER NATIONAL CARRIERS,** :
**INC., et al.,** :
    **Plaintiffs** :     No. 1:17-cv-02383
     :
    **v.** :     (Judge Kane)
     :
**ARSALAN SYED, et al.,** :
    **Defendants** :

# ORDER

**AND NOW**, on this 14th day of January 2019, upon consideration of Defendant Barbush Rentals, LLC ("Defendant Barbush")'s motion for judgment on the pleadings (Doc. No. 42), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant Barbush's motion for judgment on the pleadings (Docs. No. 42), is **GRANTED**;

2. Plaintiffs' negligent entrustment claim asserted at Count III of the complaint (Doc. No. 1), against Defendant Barbush is **DISMISSED WITHOUT PREJUDICE** to the Plaintiffs' filing of an amended complaint, within thirty (30) days of the date of this Order, that alleges sufficient facts from which a reasonable jury could plausibly conclude that Defendant Barbush knew or should have known that Defendant Arsalan Syed or Defendant Waqas Qureshi intended or was likely to use the entrusted automobile in a way that would create an unreasonable risk of harm to others; and

3. The Clerk of Court is directed to correct the docket by replacing the designation for Defendant "Waqas Quereshi a/k/a Waqas Syed" with the designation of "Waqas Qureshi."

                                                                                             s/ Yvette Kane
                                                                                             Yvette Kane, District Judge
                                                                                             United States District Court
                                                                                             Middle District of Pennsylvania